IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | Civil Action No. C-09-199 |
| v. | § § | |
| GOOGLE, INC., | § § § | |
| Defendant. | § § § § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Now comes Plaintiffs, Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, in the above-entitled and numbered cause and, pursuant to the Court's Order, files this certificate stating that Plaintiffs are unaware of any persons, firms, partnerships, corporations, affiliates, parent corporations or other entities, aside from the parties, potential parties and their counsel in this litigation as identified below, that are financially interested in the outcome of this litigation.

1. Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, Rick Hunts, and their attorneys of record as follows:
   David T. Bright
   State Bar No. 02991490
   Federal Bar No. 8628
   Mikal C. Watts
   State Bar No. 20918120
   Federal Bar No. 12419
   Christopher V. Goodpastor
   State Bar No. 00791991
   Federal Bar No. 18505

Watts Guerra Craft, L.L.P.
Tower Building
555 North Carancahua, Suite 1400
Corpus Christi, Texas 78478

2.  Google, Inc.
    1600 Amphitheatre Parkway
    Mountain View, California 94043
    (650) 253-0000
    At this time, Plaintiffs are unaware of counsel of record for Google. Google was served on August 25, 2009, and their answer to the lawsuit is not due until September 21, 2009.

Respectfully submitted,

**David T. Bright**
**Mikal C. Watts**
**Christopher V. Goodpastor**
**Watts Guerra Craft, L.L.P.**
**Tower II Building**
**555 North Carancahua, Suite 1400**
**Corpus Christi, Texas 78478-0801**
**(361) 887-0500 Telephone**
**(361) 887-0055 Telecopier**

By: _____
David T. Bright
Attorney at Law
State Bar No. 02991490
Federal Bar No. 8628
Mikal C. Watts
Attorney at Law
State Bar No. 20981820
Federal Bar No. 12419
Christopher V. Goodpastor
State Bar No. 00791991
Federal Bar No. 18505

**ATTORNEYS FOR PLAINTIFFS**