Case 2:09-cv-00199    Document 1-4    Filed in TXSD on 08/13/2009    Page 1 of 2

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Flowbee International, Inc., et al )
_____ )
Plaintiff )
v. ) Civil Action No. 09-CV-199
Google, Inc. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Google, Inc.
By and through its registered agent for service:
Corporation Service Company d/b/a CSC Lawyers Incorporating
Service Company, 701 Brazos, Ste. 1050, Austin, TX 78701

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David T. Bright, Watts Guerra Craft, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78478
(361) 887-0500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __8-13-09__                                      _Donna Terrell_
                                                       *Signature of Clerk or Deputy Clerk*

## SEE ATTACHED
## ORIGINAL RETURN
## OF SERVICE

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### U.S.Southern District District of Texas

Case Number: 09-CV-199

Plaintiff:
**FLOWBEE INTERNATIONAL, INC AND FLOWBEE HAIRCUTTER
LIMITED PARTNERSHIP**

vs.

Defendant:
**GOOGLE INC.**

For:
David Bright
Watts Law Firm LLP
555 N. Carancahua Suite 1400
Corpus Christi, TX 78478

Received by ALLEN CIVIL PROCESS on the 24th day of August, 2009 at 2:00 pm to be served on **Google, Inc.
Registered Agent: Corporation Service Company d/b/a CSC Lawyers Incorporating, 701 Brazos Suite 1050,
Austin, TX 78701**.

I, Chris Brown, being duly sworn, depose and say that on the **25th day of August, 2009** at 9:40 am, I:

delivered to the within named business entity a true copy of the **Summons and Complaint and Civil Case
Information Sheet** with the date and hour of service endorsed thereon by me to **CORPORATION SERVICE
COMPANY**, at **701 BRAZOS ST., SUITE 1050, AUSTIN, TEXAS 78701**, in the county of **Travis** by delivering
said documents to **SUSAN VERTREES**, duly authorized to accept Service of Process and other Legal
Documents for the above mentioned **REGISTERED AGENT**.

I am over the age of 18, and am not a party to nor interested in the outcome of the above styled and numbered
cause. I have personal knowledge of the facts and statements contained in this affidavit and each is true and
correct. I am authorized by written order to serve process in the court where this case is pending.

Subscribed and Sworn to before me on the 25th day
of August, 2009 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC FOR THE STATE OF TEXAS

**Chris Brown**
SCH-4236

**ALLEN CIVIL PROCESS**
**Po Box 181293**
**Corpus Christi, TX 78480**
**(361) 884-1669**

Our Job Serial Number: 2009008282
4540



ERIN KATHLEEN BROWN
Notary Public, State of Texas
My Commission Expires
July 13, 2013

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r