# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. <br> and FLOWBEE HAIRCUTTER <br> LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. C-09-199 |

## NOTICE OF APPEARANCE OF LEAD LOCAL COUNSEL

Notice is hereby given that the undersigned attorney, Charles L. "Chip" Babcock, of Jackson Walker L.L.P., is entering an appearance as lead local counsel in this matter for Defendant Google Inc. for the purpose of receiving notices and orders from the Court.

Respectfully submitted,

s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
Texas State Bar No. 01479500
Federal Bar No. 10982
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX   77010-4008
(713) 752-4210
(713) 308-4110 - Fax
Email: cbabcock@jw.com

CARL C. BUTZER
Texas State Bar No. 03545900
Federal Bar No. 16376
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANT GOOGLE  INC.

OF COUNSEL:
Margret M. Caruso (*pro hac vice application to follow*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

ATTORNEY FOR DEFENDANT GOOGLE  INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 9, 2009.

          s/ Charles L. Babcock
          Charles L. Babcock