Flowbee International, Inc. et al v. Google, Inc.    Doc. 12

United States Courts
Southern District of Texas
FILED

SEP 1 0 2009

Clerk of Court

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Corpus Christi | Case Number | C-09-199 |
|---|---|---|---|
| Flowbee International, et al. | | | |
| *versus* | | | |
| Google Inc. | | | |

This lawyer, who is admitted to the State Bar of _____California_____:

| | |
|---|---|
| Name | Margaret M. Caruso |
| Firm | Quinn Emanuel Urquhart Oliver & Hedges, LLP |
| Street | 555 Twin Dolphin Drive, Suite 560 |
| City & Zip Code | Redwood Shores, California 94065 |
| Telephone | (650) 801-5000 |
| Licensed: State & Number | California 243473 |
| Federal Bar & Number | United States Supreme Court |

Seeks to appear as the attorney for this party:

| Google Inc. | |
|---|---|
| Dated: September 4, 2009 | Signed: /s/ Margaret M. Caruso |

COURT USE ONLY: The state bar reports that the applicant's status is: _active_.

| Dated: 9-10-09 | Signed: Marianne Serpa, Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: SEPTEMBER 14, 2009      /s/ Janis Graham Jack
United States District Judge

Dockets.Justia.com