# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. § <br> and FLOWBEE HAIRCUTTER § <br> LIMITED PARTNERSHIP, § <br> § <br> Plaintiffs, § <br> § <br> v. §     Civil Action No. C-09-199 <br> § <br> GOOGLE INC., § <br> § <br> Defendant. § | |

## UNOPPOSED MOTION FOR LEAVE TO APPEAR
## AS ATTORNEY-IN-CHARGE FOR GOOGLE INC.

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW Defendant Google Inc. and pursuant to Local Rule 83.1(k) files this Motion for Leave of Margret M. Caruso to Appear as Attorney-in-Charge for Google Inc. and would show as follows:

Google Inc.'s current attorney-in-charge is its lead local counsel in this matter, Charles "Chip" L. Babcock. Ms. Margret M. Caruso, however, is actually the lead lawyer for Google Inc. in this matter and therefore, pursuant to Local Rule 83.1(k), Ms. Caruso respectfully requests that she be allowed to appear as attorney-in-charge for Google Inc. in this matter.

Respectfully submitted,

s/ Charles L. Babcock
CHARLES L. "CHIP" BABCOCK
LEAD LOCAL COUNSEL
Texas State Bar No. 01479500
Federal Bar No. 10982
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX 77010-4008
(713) 752-4210
(713) 308-4110 - Fax
Email: cbabcock@jw.com

CARL C. BUTZER
CO-LOCAL COUNSEL
Texas State Bar No. 03545900
Federal Bar No. 16376
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANT GOOGLE INC.

OF COUNSEL:
Margret M. Caruso (*admitted pro hac vice*)
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

ATTORNEY FOR DEFENDANT GOOGLE INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 22, 2009, counsel for Movant Google Inc. conferred with counsel for Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership about the Motion. Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership were unopposed.

                                              s/ Charles L. Babcock
                                              Charles L. Babcock

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, September 22, 2009.

     s/ Charles L. Babcock
     Charles L. Babcock