# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. C-09-199 |
| GOOGLE INC., | § § § | |
| Defendant. | § | |

## ORDER GRANTING LEAVE TO APPEAR
## AS ATTORNEY-IN-CHARGE FOR GOOGLE INC.

Before the Court is Defendant Google Inc.'s Unopposed Motion for Leave of Margret M. Caruso to Appear as Attorney-in-Charge for Google Inc. After considering the request, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Margret M. Caruso is hereby granted leave to appear as attorney-in-charge for Google Inc.

SIGNED on _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Leave to Appear as Attorney-In-Charge for Google Inc. – Solo Page