AO 435
(Rev. 03/08)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME Pamela Collins | 2. PHONE NUMBER 214-953-5973 | 3. DATE 9-24-09 |
| 4. MAILING ADDRESS 901 Main St., Ste. 6000 | 5. CITY Dallas | 6. STATE TX   7. ZIP CODE 75202 |
| 8. CASE NUMBER 2:09 cv 199 | 9. JUDGE Graham-Jack | DATES OF PROCEEDINGS 10. FROM 9/23/09   11. TO 9/23/09 |
| 12. CASE NAME Flowbee v. Google | | LOCATION OF PROCEEDINGS 13. CITY Corpus Christi   14. STATE Texas |

15. ORDER FOR
☐ APPEAL   ☐ CRIMINAL   ☐ CRIMINAL JUSTICE ACT   ☐ BANKRUPTCY
☐ NON-APPEAL   ☒ CIVIL   ☐ IN FORMA PAUPERIS   ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☒ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges
(deposit plus additional)

18. SIGNATURE Pamela Collins

19. DATE 9/24/09

☒ EMAIL ONLY REQUIRED
☐ EMAIL AND HARD COPY REQUIRED
☐ EMAIL ADDRESS: Pcollins@iw.com

20. TRANSCRIPT TO BE PREPARED BY

Molly Carter

| | | |
|---|---|---|
| ORDER RECEIVED | 9-24-09   VG | |
| DEPOSIT PAID Credit card | 9-24-09   VG | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 9-24-09 | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY