# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. § <br> and FLOWBEE HAIRCUTTER § <br> LIMITED PARTNERSHIP, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GOOGLE INC., § <br> § <br> Defendant. § | Civil Action No. C-09-199 |

## ORDER GRANTING LEAVE TO FILE DEFENDANT GOOGLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS

Before the Court is Defendant Google Inc.'s Motion for Leave to File Its Reply Brief in Support of Its Motion to Dismiss. After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Defendant Google Inc.'s Reply Memorandum of Law in Further Support of Its Motion to Dismiss is deemed filed as of the date of this Order.

SIGNED on _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Defendant Google Inc. Leave to File Its Reply Brief in Support of Its Motion to Dismiss – Solo Page