IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| FLOWBEE INTERNATIONAL, INC.<br>and FLOWBEE HAIRCUTTER<br>LIMITED PARTNERSHIP,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE INC.,<br><br>    Defendant. | §§§§§§§§§§§§ | Civil Action No. C-09-199 |

## DEFENDANT GOOGLE INC.'S UNOPPOSED MOTION FOR ORAL ARGUMENT RELATING TO ITS PENDING MOTION TO DISMISS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COMES NOW Defendant Google Inc. ("Google") and pursuant to Southern District of Texas Local Rule 7.5.A. files this Unopposed Motion for Oral Argument Relating to Its Pending Motion to Dismiss and would show as follows:

Google respectfully suggests that oral argument would assist the Court in analyzing the arguments and evidence set forth in relation to Google's pending Motion to Dismiss. Oral argument would also permit the Court to question the parties and obtain clarification on any aspects of argument that may have been unclear.

Pursuant to Southern District of Texas Local Rule 7.1.D., counsel for Google conferred with counsel for Plaintiffs Flowbee International, Inc. and Flowbee Haircutter Limited Partnership, who stated that Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership do not oppose the Motion.

Defendant Google Inc.'s Unopposed Motion for Oral Argument Relating to Its
Pending Motion to Dismiss– Page 1

Respectfully submitted,

s/ Margret M. Caruso
MARGRET M. CARUSO (*admitted pro hac vice*)
ATTORNEY-IN-CHARGE
California State Bar No. 243473
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5101
(650) 801-5100 – Fax
Email: margretcaruso@quinnemanuel.com

CHARLES L. "CHIP" BABCOCK
LEAD LOCAL COUNSEL
Texas State Bar No. 01479500
Federal Bar No. 10982
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, TX   77010-4008
(713) 752-4210
(713) 308-4110 - Fax
Email: cbabcock@jw.com

CARL C. BUTZER
CO-LOCAL COUNSEL
Texas State Bar No. 03545900
Federal Bar No. 16376
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas  75202
(214) 953-5902
(214) 661-6609 - Fax
Email: cbutzer@jw.com

ATTORNEYS FOR DEFENDANT GOOGLE  INC.

Defendant Google Inc.'s Unopposed Motion for Oral Argument Relating to Its
Pending Motion to Dismiss– Page 2

**CERTIFICATE OF CONFERENCE**

I hereby certify that on October 8, 2009, counsel for Movant Google Inc. conferred with counsel for Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership about the Motion. Respondents Flowbee International, Inc. and Flowbee Haircutter Limited Partnership were unopposed.

                                              _s/ Margret M. Caruso_
                                              Margret M. Caruso

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2009, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case files system of the court. The electronic case files system sent a "Notice of Electronic Filing" to individuals who have consented in writing to accept this Notice as service of this document by electronic means. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by first class mail today, October 8, 2009.

                                                 s/ Margret M. Caruso
                                                 Margret M. Caruso