## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. § <br> and FLOWBEE HAIRCUTTER § <br> LIMITED PARTNERSHIP, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GOOGLE INC., § <br> § <br> Defendant. § | Civil Action No. C-09-199 |

## ORDER GRANTING ORAL ARGUMENT ON
## DEFENDANT GOOGLE INC.'S MOTION TO DISMISS

Before the Court is Defendant Google Inc.'s Unopposed Motion for Oral Argument Relating to Its Pending Motion to Dismiss. After considering the Motion, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS THEREFORE ORDERED that Oral Argument on Defendant Google Inc.'s Motion to Dismiss be held on _____ at _____.

SIGNED on _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Oral Argument on Defendant Google Inc.'s
<u>Motion to Dismiss</u>– Solo Page