IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| FLOWBEE INTERNATIONAL, INC. and FLOWBEE HAIRCUTTER LIMITED PARTNERSHIP, § § § § Plaintiffs, § § v. § GOOGLE INC., § § Defendant. § | Civil Action No. C-09-199 |

## DECLARATION OF ROSE HAGAN

1. My name is Rose Hagan. I am over the age of 21, of sound mind, have never been convicted of a felony, am competent to make this Declaration, and every statement herein is within my personal knowledge and is true and correct. I know the facts stated herein of my own personal knowledge and my review of business records of the type I typically consult.

2. I am Managing Trademark Counsel at Google Inc. ("Google"), where I have been employed since September 2002. I make this declaration in support of Defendant Google Inc.'s Reply Memorandum of Law in Support of Its Motion dated October 6, 2009.

3. Google's headquarters is located in Mountain View, California.

4. It would be far more convenient for the case *Flowbee International, Inc. and Flowbee Haircutter Limited Partnership v. Google, Inc.* to be litigated in the Northern District of California rather than in the Southern District of Texas. The key witnesses are located in Northern California, as are the documents relating to the AdWords program, the AdSense for Domains program and Flowbee's and third parties' advertising accounts. All of the employees

that have knowledge Google is likely to rely upon in this case are located in Google's headquarters in Mountain View, California.

5. Because a trademark infringement lawsuit concerning Google's advertising program implicates different subgroups within Google, it will be necessary for Google to rely on the testimony of numerous of its employees to describe the relevant operation of those programs, the way they worked at all relevant times, and the reasons they work as they do. To adequately address these issues, Google will rely on the employees identified below.

| Name of witness | Title | Subject Matter of Relevant Testimony | Location |
| --- | --- | --- | --- |
| Edward Chiang | Associate Product Manager | Functionality of the keyword tool | Mountain View, CA |
| Daniel Dulitz | Senior Product Manger | Functionality and appearance of "Sponsored Links," including nonprivileged consumer research relating thereto. | Mountain View, CA |
| Baris Gultekin | Group Product Manager | Legacy functionality of the keyword tool | Mountain View, CA |
| Rose Hagan | Managing Trademark Counsel | Google's trademark policies for AdWords and AdSense for Domains | Mountain View, CA |
| Richard Holden | Product Management Director, AdWords | Functionality of the AdWords program | Mountain View, CA |
| Alana Karen | Director—Online Sales and Operations | Google's trademark policies for AdWords and AdSense for Domains | Mountain View, CA |
| Prashanth Koppula | Product Manager | Functionality of the AdSense for Domains program | Mountain View, CA |

| Tracy Lee-Blumberg | Online Sales and Operations Manager | AdWords customer service and Flowbee's advertising account | Mountain View, CA |
| --- | --- | --- | --- |
| Bill Lloyd | Team Lead, Legal Advertising Support | Information relating to Google's enforcement of its trademark policies | Mountain View, CA |
| Heather Wilburn | Account Manager | Operation of Google's AdWords program | Mountain View, CA |

6. Google does not have office space in the Southern District of Texas or own any real property there. To the best of my knowledge, none of the individuals identified above regularly travels to the Southern District of Texas to conduct business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 6, 2009

_____
Rose Hagan