```
CASE: 2:09-cv-00199

DETAILS: Case transferred from Texas Southern
has been opened in California Northern District
as case 4:10-cv-00668, filed 02/18/2010.
```